IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JONATHAN WARE,
ADC #653450                                                                                          PLAINTIFF

v.                                            3:10CV00070DPM/JTK

PAULETTE ARNOLD, et al.                                                                    DEFENDANTS

<u>ORDER</u>

By Order dated April 13, 2010 (Doc. No. 3), this Court granted plaintiff's application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> in this action filed pursuant to 42 U.S.C. § 1983.  However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days.  Plaintiff has now submitted an amended complaint (Doc. No. 7).   Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate with respect to plaintiff's allegations concerning placement in lock down, a disciplinary conviction without notice and a hearing, lack of exercise, and placement in the restraint chair.   Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Paulett Arnold and Andy Allison.    The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (Doc. No. 2) and amended complaints (Doc. No. 7) and summons on defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 19th day of May, 2010.

_____
United States Magistrate Judge