**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JONATHAN WARE                                                                           PLAINTIFF

v.                              3:10-cv-00070-DPM-JTK

PAULETT ARNOLD, et al.                                         DEFENDANTS

<u>ORDER</u>

Plaintiff originally filed this 42 U.S.C. § 1983 complaint and application to proceed <u>in forma pauperis</u> (IFP) while he was incarcerated at the East Arkansas Regional Unit of the Arkansas Department of Correction (ADC). This Court granted plaintiff's IFP application by Order dated April 13, 2010, and issued summons and service of his Amended Complaint as to Defendants on May 19, 2010 (Doc. No. 12).

The copy of the December 8, 2010 Order which was mailed to Plaintiff at his last-known address, however, was returned to Sender on December 21, 2010, and marked as "paroled." (Doc. No. 23). Therefore, in order to continue prosecuting this action in an <u>in forma pauperis</u> status, Plaintiff must submit an updated IFP application with the Court, together with notice of his new address, as required by Local Rule 5.5(c)(2). This Order will be sent to Plaintiff at his last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file an updated request to proceed <u>in forma pauperis</u>, together with notice of his new address, within fifteen days of the date of this Order. Failure to comply with this Order shall result in the dismissal without prejudice of Plaintiff's Complaint for failure to prosecute. <u>See</u> Local Rule 5.5(c)(2).

The Clerk of the Court is directed to forward to Plaintiff an <u>in forma pauperis</u> application.

1

IT IS SO ORDERED this 27th day of December, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE