IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JONATHAN WARE                                                                    PLAINTIFF
ADC #653450


v.                          Case No. 3:10-cv-70-DPM


PAULETT ARNOLD
and ANDY ALLISON                                                              DEFENDANTS

ORDER

The Court dismisses Jonathan Ware's amended complaint, *Document No. 7*, without prejudice because he has failed to prosecute this case. LOCAL RULE 5.5(c)(2). On 21 December 2010, the Clerk mailed an Order (directed to the Defendants) to Ware at his last-known address; it was returned, marked "Paroled." On December 27th, the Court ordered Ware to file an updated request to proceed *in forma pauperis* and notice of his new address within fifteen days. The Court informed Ware that this case would be dismissed without prejudice if he failed to comply. The Clerk mailed a copy of the December 27th Order to Ware; it was returned on 11 January 2011. A meaningful time has passed since that event, and Ware has yet to notify the Court of his new address or his desire to prosecute this case.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 April 2011