IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JONATHAN WARE,**                                                                  **PLAINTIFF**
**ADC #653450**

v.                   **Case No. 3:10-cv-70-DPM**

**PAULETT ARNOLD**
**and ANDY ALLISON**                                             **DEFENDANTS**

## JUDGMENT

Jonathan Ware's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 April 2011